IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENT BAILEY,<br><br>Defendant. | 4:12CR3034<br><br>FINAL ORDER OF FORFEITURE |

    This matter is before the Court upon the United States' motion (filing 48) requesting the Court to enter a final order of forfeiture. The Court has reviewed the record in this case and, being duly advised in the premises, finds as follows:

1. On July 31, 2012, the Court entered a Preliminary Order of Forfeiture (filing 30) pursuant to 18 U.S.C. §§ 2252A(a)(2) and 2253, based upon the defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment (filing 1). Under the Preliminary Order of Forfeiture, defendant's interest in the following property was forfeited to the United States:

    a. One Dell Desktop computer, Service Tag HHSYPN1, containing one Seagate 500 GB hard drive, serial number 5VMHYBZS.

2. A notice of criminal forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, beginning on August 25, 2012, per Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed on October 25, 2012 (filing 47).

3. The Court has been advised by the United States that no petitions have been filed. The Court has reviewed its records and finds that no petitions have been filed.

THEREFOR, IT IS ORDERED:

A. The United States' motion for final order of forfeiture (filing 48) is granted.

B. All right, title, and interest in and to the following property, held by any person or entity, are hereby forever barred and foreclosed:

   1. One Dell Desktop computer, Service Tag HHSYPN1, containing one Seagate 500 GB hard drive, serial number 5VMHYBZS.

C. The property described above shall be, and the same are, hereby forfeited to the United States of America.

D. The United States is directed to dispose of the above property in accordance with law.

DATED this 25th day of October, 2012.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge