IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BRENT BAILEY,<br><br>            Defendant. | 4:12-CR-3034<br><br>MEMORANDUM AND ORDER |

      The defendant has filed three documents with this Court: a motion to extend, a motion for leave to proceed on appeal in forma pauperis, and a copy of his prisoner account statement. Filings 66, 67, and 68. Based on the substance of these filings, as well as the envelope in which they arrived, it is clear that the defendant intended to mail them to the Eighth Circuit Court of Appeals, rather than this Court. The Court will direct the Clerk's Office to forward these filings to the Court of Appeals.

      In the future, when mailing documents to the Court of Appeals, the defendant should use the following address:

      Eighth Circuit Court of Appeals
      Thomas F. Eagleton U.S. Courthouse
      111 S. 10th Street, Suite 24.329
      St. Louis, MO 63102

The defendant should be advised that, in the future, the Court will not forward his filings to the Court of Appeals.

      THEREFORE, IT IS ORDERED:

    1.    The Clerk of the Court is directed to mail filings 66, 67, and 68 to Eighth Circuit Court of Appeals, along with a copy of this memorandum and order.

    2.    The Clerk of the Court is also directed to mail a copy of this memorandum and order to the defendant at this address of record.

- 2 -

3.  The defendant's motions (filings 66 and 67) are denied as moot.

Dated this 30th day of October, 2014.

> BY THE COURT:
>
> _____
> John M. Gerrard
> United States District Judge