IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3034 |
| vs. | |
| BRENT BAILEY, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on defendant Brent Bailey's pro se motion for copies. Filing 70. Bailey has requested a copy of "[his] transcript" as well as "a complete record of [his] case." Filing 70. However, Bailey does not have a right to receive copies of documents without payment. *See*, 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980); *see also*, *Jackson v. Fla. Dep't of Fin. Servs.*, 479 Fed. Appx. 289, 292-93 (11th Cir. 2012); *Harless v. United States*, 329 F.2d 397, 398-99 (5th Cir. 1964); *Douglas v. Green*, 327 F.2d 661, 662 (6th Cir. 1964); *Hullom v. Kent*, 262 F.2d 862, 863-64 (6th Cir. 1959); *In re Fullam*, 152 F.2d 141, 141 (D.C. Cir. 1945). The Court has already denied Bailey's motion to proceed in forma pauperis, finding his recent appeal to be frivolous. *See* filing 63. And the Eighth Circuit recently dismissed Bailey's appeal as untimely. Bailey has not explained why he needs these documents, and the Court is not inclined to subsidize his litigation expenses. Accordingly, Bailey's motion for copies will be denied.

In his motion, Bailey also requests the Court to compel the Federal Public Defender's Office, as well as the attorney appointed to represent him in his original criminal case, to send him his "file in its entirety." Filing 70. Bailey claims that he has sent numerous letters to his attorney that have gone unanswered. The Court has contacted counsel, who stated that he re-mailed Bailey his discovery file and will follow up with him on any further requests. Accordingly,

IT IS ORDERED:

1. Bailey's motion for copies (filing 70) is denied.

Dated this 11th day of March, 2015.

BY THE COURT:

John M. Gerrard
United States District Judge