IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:12-CR-3034 |
| vs. | |
| BRENT BAILEY, | MEMORANDUM AND ORDER |
| Defendant. | |

This matter is before the Court on correspondence from the defendant that the Court has filed as a motion for copies (filing 133). The defendant is seeking a copy of his presentence investigation report (filing 42) and represents that he has sent $5.00 for the cost of copying and postage.

The Court will direct the Clerk of the Court to provide the defendant with a copy of his presentence report. The Clerk of the Court is further directed to retain the defendant's $5.00 payment, when it is processed, as full payment for the presentence report.

IT IS ORDERED:

1. The defendant's motion for copies (filing 133) is granted.

2. The Clerk of the Court shall send the defendant a copy of his presentence investigation report (filing 42).

3. The Clerk of the Court shall retain the defendant's $5.00 payment as payment in full for the presentence report.

Dated this 9th day of May, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge