IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3034 |
| vs. | ORDER |
| BRENT BAILEY, | |
| Defendant. | |

This matter is before the Court on the defendant's motion (filing 189) for the filing fees he has accrued pursuant to the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(b), to be "forgiven, voided or waived." The defendant's motion will be denied. Pursuant to the PLRA, a prisoner who "brings a civil action or files an appeal in forma pauperis . . . *shall* be required to pay the full amount of a filing fee." § 1915(b)(1) (emphasis supplied); *see Henderson v. Norris*, 129 F.3d 481, 484 (8th Cir. 1997). And § 1915(b)(2) calls for simultaneous recoupment of multiple filing fees. *Bruce v. Samuels*, 136 S. Ct. 627, 631 (2016). In other words, the PLRA's requirements are mandatory.

IT IS ORDERED that the defendant's motion for discharge of his filing fees (filing 189) is denied.

Dated this 28th day of November, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge