IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:12-CR-3034 |
| vs. | |
| BRENT BAILEY, | ORDER |
| Defendant. | |

For the reasons stated in the Court's previous order (filing 214),

IT IS ORDERED that the defendant's "Motion for Mental Examination of Defendant" (filing 216) is denied.

Dated this 11th day of July, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge